UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEAN DRULIAS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADE CORPORATION, HARRIS CLAY, LANDON T. CLAY, H. KIMBALL FAULKNER, CHRIS L. KOLIOPOULOS, KENDALL WRIGHT, KLA-TENCOR CORPORATION AND SOUTH ACQUISITION CORPORATION,<br><br>    Defendants. | Civil Action No. 0611033-PBS |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION
### OF COUNSEL WITH PROPOSED ORDER

PLEASE TAKE NOTICE THAT, with the consent of Defendant ADE Corporation ("ADE"), subject to the approval of the Court, Sullivan & Worcester LLP ("S&W") hereby withdraws as counsel for ADE in the above-referenced action, and Davis Polk & Wardwell ("Davis Polk") and Foley Hoag LLP ("Foley Hoag") shall appear in its stead.

Davis Polk and Foley Hoag have been representing Defendants KLA-Tencor Corporation ("KLA-Tencor") and South Acquisition Corporation in this action. On October 12, 2006, KLA-Tencor announced it had completed its acquisition of ADE, and ADE is now a wholly-owned subsidiary of KLA-Tencor. S&W will remain as counsel to the individual defendants, who are all former directors of ADE.

Plaintiffs' counsel has consented to the proposed substitution.

Dated: November 7, 2006

        DAVIS POLK & WARDWELL

        By:  /s/ Amelia T.R. Starr
             Amelia T.R. Starr
             Joshua D. Liston
             450 Lexington Avenue
             New York, NY 10017
             Telephone: (212) 450-4000

        FOLEY HOAG LLP

        By:  /s/ Euripides D. Dalmanieras
             Lisa C. Wood (BBO #543811)
             Euripides D. Dalmanieras (BBO #650985)
             Seaport World Trade Center West
             155 Seaport Boulevard
             Boston, MA 02110-2600
             Telephone: (617) 832-1000

        SULLIVAN & WORCESTER LLP

        By:  /s/ Paul E. Summit
             Paul E. Summit (BBO #488480)
             Barry S. Pollack (BBO #642064)
             Jennifer Sullivan (BBO #663945)
             One Post Office Square
             Boston, MA 02109
             Telephone: (617) 338-2800

IT IS HEREBY ORDERED THAT:

This Notice is entered as an Order of this Court.

Dated:

                                                   United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that true and accurate copy of the foregoing, which was filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed to non-registered participants.

                                                   /s/ Euripides D. Dalmanieras
                                                   Euripides D. Dalmanieras (BBO # 650985)

Dated: November 7, 2006