UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN DRULIAS, on behalf of himself and all others similarly situated,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>ADE CORPORATION, HARRIS CLAY, LANDON T. CLAY, H. KIMBALL FAULKNER, CHRIS L. KOLIOPOULOS KENDALL WRIGHT, KLA TENCOR CORPORATION AND SOUTH ACQUISITION CORPORATION,<br><br>　　　　*Defendants.* | Civil Action No. 06-11033 PBS |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED SETTLEMENT**

The Settling Parties hereby move the Court pursuant to Rule 23 of Federal Rules of Civil Procedure for an order preliminarily approving the Settlement reached in the above-captioned shareholder class action lawsuit brought on behalf of the shareholders of ADE Corporation ("ADE") against Defendants. Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms used in this Joint Motion for Preliminary Approval of Proposed Settlement (the "Joint Motion") shall have the meanings and/or definitions given in the Stipulation of Settlement dated October 6, 2006 ("Stipulation") entered into by and among the Settling parties, the original of which is attached to this Joint Motion as Exhibit 1.

　　　　1.　　　The Settling Parties have agreed on a Settlement of all claims of Plaintiff and the Settlement Class against Defendants.

2. All terms, definitions, provisions, reservations, and conditions of such Settlement are more particularly set forth in the Stipulation. To the extent that there may be any conflict between the terms, definitions, provisions, reservations, and conditions set forth in this Joint Motion and those set forth in the Stipulation, the terms, definitions, provisions, reservations, and conditions of the Stipulation shall govern.

3. The purposes and intent of all parties to this Joint Motion are (a) that, subject to the approval of the Court, the Action and the Released Claims shall be finally and fully compromised, settled, and released, and (b) that the Action shall be dismissed with prejudice, as to all Settling Parties, upon and subject to the terms and conditions of the Stipulation.

4. As noted in the Stipulation, the Settling Parties have agreed to, and do hereby propose, the following Settlement Class for certification by the Court for purposes of the Settlement only pursuant to the Stipulation:

> all persons or entities who owned ADE common stock from February 22, 2006, through and including October 11, 2006 (the closing of the Merger) and all of their successors in interest and transferees, immediate and remote, but not Defendants and persons or entities related to or affiliated with Defendants.

5. In accordance with the provisions of the Stipulation, the Settling Parties hereby move the Court for a Settlement Hearing, at which time (1) the Settling Parties will seek (a) certification of the Settlement Class, and (b) final approval of the terms of the Settlement as fair, reasonable, and adequate to the Settlement Class, and (2) Plaintiff will seek an award to Plaintiff's Counsel of attorneys' fees and reimbursement of expenses.

6. The Settling Parties agree that the Settlement was negotiated in good faith by the Settling Parties, and reflects a settlement that was reached voluntarily after consultation with competent legal counsel.

7. Movants suggest that among the factors favoring the Settlement on the terms proposed in the Stipulation are:

    a. the uncertainty of the legal issues underlying the allegations in the Action;

    b. the assurance that the Settlement Class Members obtained benefits regardless of the outcome of further litigation;

    c. the economy of costs/exposure reduction for the benefit of the Settling Parties;

    d. the costs of continued litigation; and

    e. the prevailing consideration in all compromises and settlements that each party, whether the Settlement Class or the Settling Parties, weighs the advantages and benefits of settlement against the risks of loss.

8. Movants further represent to the Court that while Defendants have denied, and continue to deny, the allegations in the Action, the Settlement, and the consideration therefore, is fair, reasonable, and adequate, considering:

    a. the complexity, expense, and likely duration of the litigation with respect to the further participation of the Settling Parties;

    b. the state of the proceedings and the amount of discovery completed;

    c. the immediate benefits to the Settlement Class Members prior to the Effective Date of the Merger; and

    d. the concurrences of counsel for the Settlement Class and the Settling Parties as reflected in their respective signatures to this Joint Motion.

**WHEREFORE, MOVANTS REQUEST:**

A. That the Court review the proposed Stipulation, attached hereto as Exhibit A, and that the Stipulation and the Settlement contained therein be preliminarily approved by the Court as fair, reasonable, and adequate, entered into in good faith after consultation with competent legal counsel;

B. That the Court approve the form of Notice to the putative Settlement Class Members, attached as Exhibit C to the Stipulation submitted herewith, and order its dissemination to Settlement Class Members as provide in the Stipulation, so that the Court may obtain and consider comments/objections of the Settlement Class, if any, regarding the Stipulation and the Settlement set forth therein and consider its fairness, reasonableness, and adequacy;

      C.      That the Court schedule a Settlement Hearing in late January, 2007 for final court approval, at which time (1) the Settling Parties will seek (a) certification of the Settlement Class, and (b) final approval of the terms of the Settlement, as defined in the Stipulation, and (2) Plaintiff will seek an award to Plaintiff's Counsel for attorneys fees' and reimbursement of expenses;

IN WITNESS WHEREOF, the parties hereto have caused the Joint Motion to be submitted, by their duly authorized attorneys.

Dated: November 28, 2006                        SHAPIRO HABER & URMY LLP

                                                      **/s/Theodore M. Hess-Mahan**
                                                      Thomas G. Shapiro BBO #454680
                                                      Theodore M. Hess-Mahan BBO #557109
                                                      53 State Street
                                                      Boston, Massachusetts 02109
                                                      (617) 439-3939

                                                      *Liaison Counsel for the Proposed Class*

Richard B. Brualdi
Gaitri Boodhoo
Sue Lee
Ayesha N. Onyekwelu
THE BRUALDI LAW FIRM
29 Broadway, Suite 2400
New York, New York 10006
(212) 952-0602

*Lead Counsel for the Proposed Class*

FOLEY HOAG LLP

**/s/Lisa C. Wood**
Lisa C. Wood (BBO #543811)
Euripides D. Dalmanieras (BBO #650985)
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2600
Telephone:  (617) 832-1000

DAVIS POLK & WARDWELL
Amelia T.R. Starr
Joshua D. Liston
450 Lexington Avenue
New York, NY 10017
Telephone:  (212) 450-4000

*Counsel for Defendants ADE Corporation, KLA-Tencor Corporation and South Acquisition Group*


SULLIVAN & WORCESTER LLP

**/s/Paul E. Summit**
Paul E. Summit (BBO #488480)
Barry S. Pollack (BBO #642064)
One Post Office Square
Boston, MA 02109
Telephone:  (617) 338-2800

*Counsel for Defendants Harris Clay, Landon T. Clay, H. Kimball Faulkner, Chris L. Koliopoulos and Kendall Wright*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 28, 2006.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan