UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEAN DRULIAS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ADE CORPORATION, HARRIS CLAY, LANDON T. CLAY, H. KIMBALL FAULKNER, CHRIS L. KOLIOPOULOS AND KENDALL WRIGHT, KLA-TENCOR CORPORATION AND SOUTH ACQUISITION CORPORATION.<br><br>*Defendants.* | No. 06-CV-11033 PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of plaintiff in the above-captioned action. Plaintiff will continue to be represented by Shapiro Haber & Urmy LLP. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007                              Respectfully submitted,


/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan