UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEAN DRULIAS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADE CORPORATION, HARRIS CLAY, LANDON T. CLAY, H. KIMBALL FAULKNER, CHRIS L. KOLIOPOULOS, KENDALL WRIGHT, KLA-TENCOR CORPORATION AND SOUTH ACQUISITION CORPORATION,<br><br>    Defendants. | Civil Action No. 0611033-PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
ELIZABETH MALASPINA**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.5.2(c), the undersigned counsel hereby withdraws her appearance on behalf of Defendants ADE Corporation ("ADE"), KLA-Tencor Corporation ("KLA-Tencor"), and South Acquisition Corporation ("South") in the above-captioned action. ADE, KLA-Tencor, and South will continue to be represented by Davis Polk & Wardwell and Foley Hoag LLP. Please remove the above-named attorney from the docket as a lead attorney and an attorney to be noticed in this action.

Dated: January 8, 2007

By: /s/ Elizabeth Malaspina
Elizabeth Malaspina
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000

*Attorneys for Defendants ADE Corporation, KLA-Tencor Corporation, and South Acquisition Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that true and accurate copy of the foregoing, which was filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed to non-registered participants.

                                            /s/ Euripides D. Dalmanieras
                                            Euripides D. Dalmanieras (BBO # 650985)

January 8, 2007